**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Rodney Gowans v. The State of Texas

Appellate case number:   01-19-00902-CR

Trial court case number:  13300

Trial court:                     12th District Court of Grimes County

      Appellant's motion for extension of time to file his brief is **granted.** Appellant's brief is due February 3, 2020.

      All other pending motions are **denied.**

      It is so ORDERED.

Judge's signature: _____/s/ Russell Lloyd_____
                           Acting individually

Date:   __December 19, 2019_____